IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | | CASE NO: 12-52265 |
| | ) | Chapter 13 |
| Alonzo Robert Luster | | |
| | ) | |
| Crystal Lyn Luster | | |
| | ) | |
| Debtor(s). | | Judge Marilyn Shea-Stonum |
| | ) | |

MODIFICATION OF PLAN
PRIOR TO CONFIRMATION

    Now come the above-captioned debtors, by and through the undersigned counsel, who hereby modify their plan prior to its confirmation so as to allow for the claim of Publisher's Clearinghouse to be paid as a general unsecured creditor, inside the plan. The debtors state that a copy of their chapter 13 plan, the notice of commencement of the case under chapter 13 and a blank proof of claim form were sent by ordinary U.S. Mail, postage prepaid, this 30th day of July, 2012 to, Publishers Clearinghouse, P.O. Box 4002936, Des Moines, IA 50340-2936 re Acct. No. ------0726.

    Respectfully Submitted,

/s/ Robert M. Whittington, Jr. 0007851
39 E. Market St., Suite 303
Akron, OH 44308
330 384 8484
fax 330 384 8953
robertwhittington0@gmail.com

NOTICE

    A hearing on confirmation of the debtors' chapter 13 plan, as modified above, shall be held on October 4, 2012 at 1:30 p.m. in room 260, U.S. Courthouse, 2 S. Main St., Akron, OH 44308.

<u>CERTIFICATE OF SERVICE</u>

   The undersigned hereby certifies that a copy of the foregoing modification of the debtor's chapter 13 plan was sent by electronic ECF notice to Keith Rucinski, chapter 13 trustee and to the U.S. Trustee and by ordinary U.S. Mail, this 30th day of July, 2012 to:

Publishers Clearinghouse
P.O. Box 4002936
Des Moines, IA 50340-2936

         /s/ Robert M. Whittington, Jr.