IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | CASE NO: 12-52265 |
| | Chapter 13 |
| Alonzo Robert Luster | |
| Crystal Lyn Luster | |
| Debtor(s). | Judge Marilyn Shea-Stonum |
| | MOTION TO MODIFY PLAN SUBSEQUENT TO ITS CONFIRMATION |

Now come the above-captioned debtors, by and through the undersigned counsel, who pray for the entry of an order modifying their plan subsequent to its confirmation so as to provide for the allowance and the payment inside the plan as a priority claim the claim of the Internal Revenue Service for additional 2011 federal income taxes in the amount of $11,188.00 as referred to on the attached Exhibit "A." The debtors further modify their plan so as to increase their monthly payments to the chapter 13 trustee from the present amount of $995.00 to $1,115.00 for the remaining duration of the debtors' five (5) year plan so as to provide for the payment of these additional taxes. Attached hereto as Exhibit "B" is an itemization of the debtors' present income and expenses showing how the debtors believe that they can afford this increase in their payments to the chapter 13 trustee.

WHEREFORE, the debtors pray for the entry of an order modifying their plan subsequent to its confirmation so as to provide for the allowance and payment of the above-referenced income taxes and increasing their monthly payment to the chapter 13 trustee to $1,115.00 for the duration of the plan.

Respectfully Submitted,

/s/ Robert M. Whittington, Jr. 0007851
39 E. Market St., Suite 303
Akron, OH 44308
330 384 8484
fax 330 384 8953
robertwhittington0@gmail.com

## CERTIFICATE OF SERVICE

I certify that on May 23, 2013, a true and correct copy of the foregoing motion to modify the debtors' plan, with form 20 notice attached thereto, was served:

By regular U.S. Mail, postage prepaid, on:

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 East Ninth Street, Room 493
Cleveland, OH 44199

Office of the United States Attorney
Attn: Bankruptcy Section
Carl B. Stokes United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113-1852

Attorney General of the United States
U.S. Department of Justice Tax Division
Civil Trial Section, Northern Region
P.O. Box 55, Ben Franklin Station
Washington, DC 20044


And those parties whose names and complete addresses appear on the attached mailing matrix.

/s/ Robert M. Whittington, Jr. 0007851
39 E. Market St., Suite 303
Akron, OH 44308
330 384 8484
fax 330 384 8953
robertwhittington0@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO: 12-52265 |
| | ) | Chapter 13 |
| Alonzo Robert Luster | ) | Judge Marilyn Shea-Stonum |
| Crystal Lyn Luster | ) | NOTICE OF MOTION TO MODIFY PLAN SUBSEQUENT TO CONFIRMATION |
| Debtors. | | |

The debtors have filed papers with the Court to modify their plan subsequent to its confirmation.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, then on or before June 13, 2013, you or your attorney must file with the Court a written request for a hearing and a written answer explaining your position at the office of the Clerk of the Bankruptcy Court, room 455, U.S. Courthouse, 2 S. Main Street, Akron, Ohio 44308.  If you mail your request to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

Robert M. Whittington, Jr.,39 E. Market St., #303, Akron, OH 44308

Keith Rucinski, chapter 13 trustee, I Cascade Plaza, #2020, Akron, OH 44308

If you or your attorney do not take these steps, the Court may decide that you do

not oppose the relief sought in the motion or objection and may enter an order granting that relief.

DATE: May 23, 2013

/s/ Robert M. Whittington, Jr., 0007851
Attorney for the Debtor(s)
39 E. Market St., #303
Akron, OH 44308
(330) 384-8484



Department of Treasury
Internal Revenue Service
PO BOX 621505
ATLANTA GA 30362-1505

| | |
|---|---|
| Notice | CP2000 |
| Tax Year | 2011 |
| Notice date | May 6, 2013 |
| Social Security number | |
| AUR control number | 550181958 |
| To contact us | Phone 1-800-829-3009 |
| | Fax 1-877-477-0967 |
| Page 1 of 10 | |



066324.323434.0446.011 2 AB 0.384 1564

CRYSTAL L & ALONZO R LUSTER
359 BEECHWOOD DR
AKRON OH 44320-2301



066324

Proposed changes to your 2011 Form 1040

# Amount due: $11,188

Thank you for your response to the previous notice we sent you about your 2011 Form 1040. Based on your response, we've determined you owe $11,188 (including interest), which you need to pay by June 5, 2013.

## Summary of proposed changes

| | |
|---|---:|
| Tax you owe | $9,236 |
| Payments | $225 |
| Substantial tax understatement penalty | $1,802 |
| Interest | $375 |
| Amount due by June 5, 2013 | $11,188 |

## What you need to do immediately

Review this notice, and compare our changes to the information on your 2011 tax return.

### If you agree with the changes we made
- Complete, sign and date the Response form on Page 7, and mail it to us along with your payment of $11,188 so we receive it by June 5, 2013.
- If you can't pay the amount due, pay as much as you can now, and make payment arrangements that allow you to pay off the rest over time. If you want to apply for an installment plan, send in your Response form AND a completed Installment Agreement Request (Form 9465). Download Form 9465 from www.irs.gov, or call 1-800-829-3676 to request a copy. You can also save time and money by applying online if you qualify. Visit www.irs.gov. and search for keyword: "tax payment options" for more information about:
  - Installment and payment agreements
  - Payroll deductions
  - Credit card payments

### If you don't agree with the changes
Complete the Response form on Page 7, and send it to us along with a signed statement and any documentation that supports your claim so we receive it by June 5, 2013.

## If we don't hear from you

If we don't receive your response by June 5, 2013, we will send you a Statutory Notice of Deficiency followed by a final bill for the proposed amount due. During this time, interest will increase and penalties may apply.

Continued on back...

1. The debtor-husband presently is (check one box and complete the blanks):

☐ Employed by _____ and earning net take-home wages of $_____ every _____.

☐ Unemployed and receiving net unemployment compensation of $_____ every _____.

    VA disability  $3601.00 /mo
    VA pension      880.00 /mo

☑ Disabled and receiving income of $_____ every _____.

☐ Unemployed or disabled and receiving no income or other compensation

☐ Other (explain) _____

2. The debtor wife presently is (check one box and complete the blanks):

☐ Employed by _____ and earning net take-home wages of $_____ every _____.

☐ Unemployed and receiving net unemployment compensation of $_____ every _____.

☐ Disabled and receiving income of $_____ every _____.

☑ Unemployed or disabled and receiving no income or compensation.

☐ Other (explain) _receives $450/mo Dept. Jobs Family Svcs._

3. Additionally, the debtors have net monthly income of $_____ from these sources: (complete only if you have income other than that already listed)

4. Based on the foregoing, the debtors' attorney calculates that the debtors' net monthly income is (this blank is to be completed by the attorney, only) $ 4391 .

5. The debtors' monthly living expenses are as follows:

**EXHIBIT B**

|  |  |
|---|---|
| 677 | Rent or mortgage |
| 79 | Electricity |
| 59 | Heat fuel |
| 80 | Water and sewer |
| — | Trash removal |
|  | Cable or satellite television |
| 100 | Telephone and internet |
| 500 | Food |
| 50 | Clothing |
| 60 | Laundry and cleaning |
| 50 | On-going medical and dental expenses |
| 300 | Gasoline and transportation |
|  | Recreation, clubs, newspapers, magazines, entertainment |
|  | Charitable contributions |
|  | Homeowners or renters insurance |
| 139 | Life insurance |
|  | Health insurance |
| 350 | Automobile insurance |
| 90 | Other (specify) Cable TV |
| 160 | Other (specify) home maintenance |
| 58 | Other (specify) r.e. taxes |
| 520 | tuition for children |
| 3272 | Total monthly expenses |

6. \_\_1119\_\_  Excess or deficit of total monthly income over total monthly expenses.

I declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Date: 5/23/13    /s/ Alonzo Luster

Date: 5/23/13    /s/ [signature]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-5<br>Case 12-52265-mss<br>Northern District of Ohio<br>Akron<br>Thu May 23 11:41:00 EDT 2013 | (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| 455 John F. Seiberling Federal Building<br>US Courthouse<br>2 South Main Street<br>Akron, OH 44308-1848 | CitiMortgage,Inc.<br>P.O. Box 688971<br>Des Moines, IA<br>50368-8971 | A. T. & T. Wireless Mobility<br>P.O. Box 6416<br>Carol Stream, IL 60197-6416 |
| Akron Utilities Bureau<br>P.O. Box 3665<br>Akron, OH 44309-3665 | American InfoSource LP as agent for<br>Check N Go<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | American Loans<br>1584 S. Hawkins<br>Akron, OH 44320-4055 |
| Atlantic Credit & Finance<br>c/o Levy & Assoc.<br>4645 Executive Dr.<br>Columbus, OH 43220-3601 | Atlantic Credit and Finance<br>Successor to HSBC CONSUMER LENDING<br>c/o Weltman, Weinberg & Reis<br>323 W. Lakeside Avenue<br>Cleveland, OH 44113-1085 | Atlantic Credit and Finance, Inc.<br>Successor in Interest to HSBC<br>c/o Weltman, Weinberg & Reis, Co., LPA<br>P.O. Box 6597<br>Cleveland, OH 44101-1597 |
| CashNetUSA<br>200 W Jackson Blvd Ste 1400<br>Chicago IL 60606-6929 | Cashnet USA<br>200 W. Jackson Blvd. 14th Flr.<br>Chicago, IL 60606-6929 | Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2322 |
| Check Into Cash<br>2174 Romig Rd.<br>Akron, OH 44320-3879 | Check Into Cash<br>PO Box 550<br>Cleveland, TN 37364-0550 | Check N Go<br>2062 Romig Rd.<br>Akron, OH 44320-3820 |
| Checksmart<br>1731 Vernon Odom Blvd.<br>Akron, OH 44320-3896 | CitiMortgage<br>P.O. Box 183040<br>Columbus, OH 43218-3040 | CitiMortgage, Inc.<br>PO Box 6030<br>Sioux Falls, SD 57117-6030 |
| City of Akron Law Dept - APUB<br>161 South High street, #202<br>Akron, Ohio 44308-1655 | Cuy. Co. Dept. of Jobs<br>1641 Payne Ave.<br>Cleveland, OH 44114-2919 | David Sed<br>269 W. Main St.<br>P.O. Box 672<br>Ravenna, OH 44266-0672 |
| Fingerhut<br>P.O. Box 166<br>Newark, NJ 07101-0166 | First Energy<br>341 White Pond Dr. Bldg. B3<br>Akron, OH 44320-4200 | First Premier Bank<br>P.O. Box 5519<br>Sioux Falls, SD 57117-5519 |
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605<br>Attn: Ramesh Singh | GM Financial<br>P.O.Box 183834<br>Arlington, TX 76096-3834 | Great Lakes Educational Loan Service<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 |

| | | |
|---|---|---|
| Great Lakes Higher Education<br>2401 International Lane<br>Madison, WI 53704-3192 | JP Morgan Chase<br>1111 Polaris Pkwy.<br>Columbus, OH 43240-2050 | JPMorgan Chase Bank, N.A.<br>C/O Mary Lautenbach<br>201 N. Central Ave<br>Mail Code:AZI-1191<br>Phoenix, AZ 85004-0073 |
| JPMorgan Chase Bank, N.A.<br>PO Box 901032<br>Fort Worth, TX 76101-2032 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kristen M. Scalise<br>Summit County Fiscal Officer<br>175 S. Main Street<br>Akron, Ohio 44308-1308 |
| Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | Montgomery Words<br>P.O. Box 2855<br>Monroe, WI 53566-8055 | OHIO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141-3222 |
| Ohio Dept of Taxation<br>Bankr Division<br>P.O. Box 530<br>Columbus, OH 43266-0030 | (p)OHIO EDISON<br>BANKRUPTCY DEPARTMENT<br>6896 MILLER ROAD<br>BRECKSVILLE OH 44141-3222 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 | Proactive Solutions<br>P.O. Box 361448<br>Des Moines, IA 50336-1448 | Publisher's Clearinghouse<br>P.O. Box 4002936<br>Des Moines, IA 50340-2936 |
| Publishers Clearing House<br>101 Winners Circle<br>Port Washington, NY 11050-2218 | Regina M. VanVorous, Assistant Prosecuting A<br>53 University Avenue, 7th Floor<br>Akron, OH 44308-1608 | Summit Co. Prosecutor, Tax<br>Division<br>205 S. High St.<br>Akron, OH 44308-1642 |
| The Heart Group<br>3963 Loomis Pkwy.<br>Ravenna, OH 44266-1800 | The Ohio Bell Telephone Company<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 | Thomas Zaino<br>30 E. Broad St., 22nd Flr.<br>Columbus, OH 43215-3414 |
| Alonzo Robert Luster<br>359 Beechwood<br>Akron, OH 44320-2301 | Crystal Lyn Luster<br>359 Beechwood<br>Akron, OH 44320-2301 | Keith Rucinski<br>Chapter 13 Trustee<br>One Cascade Plaza<br>Suite 2020<br>Akron, OH 44308-1160 |
| Robert M Whittington Jr<br>39 E. Market St.<br>Everett Building<br>#303<br>Akron, OH 44308-2017 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC.<br>PO BOX 183853<br>ARLINGTON, TX 76096 | (d)Americredit Financial Services, Inc.<br>PO Box 183853<br>Arlington TX 76096 | Ohio Edison<br>1910 W. Market St.<br>Akron, OH 44313 |

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

End of Label Matrix
Mailable recipients    54
Bypassed recipients     1
Total                  55